IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Criminal No. 3:14-00008 |
| | ) | Judge Trauger |
| ANGELA DAWN FELTS | ) | |
| | ) | |

### **O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Thursday, May 22, 2014, at 11:00 a.m.

It is so **ORDERED**.

ENTER this 18th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge